UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


BARBARA FORESTER ET AL
      Plaintiff

    V.

                              CIVIL ACTION:12CV10489-RWZ

SELECT FINANCIAL SERVICES, INC. ET AL
      Defendant


## ORDER OF DISMISSAL

ZOBEL, D.J.                                        MAY 30, 2012


      The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.


                                          By the Court,


                                          s/ Lisa A. Urso
                                          Deputy Clerk

30day.ord